UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MANUEL SANCHEZ-CISNEROS, <br><br> Defendant. | NO. **CR-12-6022-LRS** <br><br> **ORDER OF DISMISSAL** |

The Government concedes that errors occurred during Defendant's deportation proceedings which constitute due process violations under existing Ninth Circuit precedent. (ECF No. 26). Accordingly, Defendant's Motion To Dismiss Indictment (ECF No. 21) is **GRANTED** and the Indictment is **DISMISSED**.

The U.S. Marshal Service shall immediately either release the Defendant from U.S. Marshal custody or, if Defendant is subject to an immigration hold, transfer custody of him to the appropriate authority for further proceedings.

**IT IS SO ORDERED**. The District Executive shall forward copies of this order to counsel of record, to the U.S. Probation Office, and to the U.S. Marshal Service.

**DATED** this    16th    day of May, 2012.

*s/Lonny R. Suko*
_____
LONNY R. SUKO
United States District Court Judge

**ORDER OF DISMISSAL -    1**